AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| Joseph Frederick <br><br> *Plaintiff(s)* <br> v. <br> Imperial Fire and Casualty Insurance Company <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:18-cv-00573-SDD-EWD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Imperial Fire and Casualty Insurance Company
through its Agent for Service of Process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802-5921

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Douglas Sunseri
Richard J. Wolff
Nicaud & Sunseri Law Firm, LLC
3000 18th Street
Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: 5/24/2018



Samantha G. O'Neill
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USAA Casualty Ins Co
was received by me on *(date)* 5/24/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* service effectuated via certified mail on 6/4/18 see "green card" attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/8/18

PDMcBeth
*Server's signature*

P.D. McBeth sec
*Printed name and title*

3000 18th Street
Metairie, LA 70002
*Server's address*

Additional information regarding attempted service, etc:

**FILE COPY**

## NICAUD & SUNSERI LAW FIRM, L.L.C.
A Group of Professional Law Corporations
www.nslawla.com
jdsunseri@nslawla.com

| | |
|---|---|
| **Please Reply To:** | |
| 3000 18th Street | 7020 Hwy 190 W., Suite A |
| Metairie, LA 70002 | Covington, LA 70433 |
| Telephone (504) 837-1304 | Telephone (985) 624-9697 |
| Fax (504) 833-2843 | Fax (985) 624-9698 |
| | |
| *Albert J. Nicaud\** | *Svetlana "Lana" Crouch* |
| *J. Douglas Sunseri* | *Jeffery M. Siemssen* |
| *Michelle Demarest Sunseri* | *Richard J. Wolff* |
| *(\*A Professional Law Corporation)* | *Will C. Griffin* |

May 29, 2018

Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802-5921
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

RE:   *Joseph Frederick v. Imperial Fire and*
      *Casualty Insurance Company*
      #18-00573-SDD-EWD, USDC Middle District
      Our file #:    1435-17-4625

Dear Gentlemen:

   Enclosed herewith please find Complaint together with Summons for service on Corporation Service Company, Agent for Service of Process for Imperial Fire and Casualty Insurance

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Corporation Service Company
   501 Louisiana Avenue
   Baton Rouge, LA 70802-5921

2. Article Number (Transfer from service label): 7017 2400 0001 0936 6839

PS Form 3811, July 2013    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
   X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): J. Evans
C. Date of Delivery: 6-4-18
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Priority Mail Express
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions